Bettie MOORE, Alexander Moore, and Edna Northcutt, Petitioners

v.

Brendan GILLIGAN, Respondent

No. 750 MAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Philip Daniel ARCHER, Petitioner

No. 784 MAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Kevin PENO, Petitioner

No. 808 MAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**